# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Hearing a Specific Case*

Pursuant to the provisions of Title 28, United States Code, Section 292(B), I hereby designate the Honorable **Alan A. McDonald**, United States Senior District Judge for the Eastern District of Washington to perform the duties of United States District Judge temporarily for the Western District of Washington for the specific case *USA v. Absher Construction Company, et al.*, Case No. C-05-1093-MJP.

Dated: October 14, 2005

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc: Judge Alan McDonald
Chief District Judge Fred Van Sickle
Chief District Judge Robert Lasnik
James Larsen, Clerk, Eastern District of Washington
Bruce Rifkin, Clerk, Western District of Washington

05-CV-01093-ORD